# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. M. CARDONA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>VENTURA COUNTY,<br><br>　　　　Respondent. | Case No. 2:18-cv-06299-SJO (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Successive Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: August 22, 2018

　　　　　　　　　　　　　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　　　　HON. S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE